IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARAK PERELMAN,

    Plaintiff,

    v.

ROARING 20s LLC, et al.,

    Defendants.

No. C 11-04680 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on March 16, 2012 on the motion to dismiss filed by defendants Roaring 20s LLC and BSC Management ("Defendants"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by December 15, 2011. To date, Plaintiff has not filed an opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by January 9, 2012, why the pending motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendants' motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by January 9, 2012, will result in a dismissal of this action.

If Plaintiff seeks to file a substantive response to Defendants' motion and demonstrates good cause for his delay, the Court will provide Defendants an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: January 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE